THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM EMILIO VALENCIA,<br><br>  Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, *Acting Commissioner of Social Security*,<br><br>  Defendant. | CASE NO. C14-0174-JCC<br><br>ORDER |

This matter comes before the Court on the Report and Recommendation (Dkt. No. 19) of the Honorable Mary Alice Theiler, United States Magistrate Judge. Upon consideration of that Report and Recommendation, Plaintiff's complaint, and the balance of the record, the Court hereby finds and ORDERS:

(1)  The Report and Recommendation (Dkt. No. 19) is ADOPTED.

(2)  The final decision of the Commissioner is AFFIRMED;

(3)  The Clerk is respectfully directed to send copies of this Order to the parties and to Judge Theiler.

//
//
//
//

ORDER
PAGE - 1

DATED this 29th day of August 2014.

John C. Coughenour
UNITED STATES DISTRICT JUDGE